

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

LAWRENCE ASBURY           )
Plaintiff(s)              )
V.                        )   Civil Action No.   3:06-CV-826 RM
FEDEX GROUND PACKAGE SYSTEM, INC.  )   (MDL Lead Case: 3:05-MD-527)
Defendant(s)              )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____ .

☒ other:   Judgment granted in favor of FedEx Ground Packaging System, Inc. on all claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date   December 15, 2010

*CLERK OF COURT*

s/K. Cather

*Signature of Clerk or Deputy Clerk*